UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILUS M. VALSON,<br><br>       Plaintiff,<br><br>   vs.<br><br>J. CLARK KELSO, *et al.*,<br><br>       Defendants. | 1:14-cv-1420-EPG-PC<br><br>ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br>(Doc. 1) |

     Silus M. Valson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a complaint commencing this action on September 11, 2014. (ECF No. 1.) The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A (a), and dismissed Plaintiff's complaint with leave to amend. (ECF 6). Plaintiff subsequently filed a first amended complaint. (ECF No. 9).

     A review of Plaintiff's first amended complaint reveals Plaintiff has stated a claim against Defendant Matthew Cate (erroneously named "Mathew Cates") and Martin Biter based on a violation of the Eighth Amendment. Therefore, the Court finds the first amended complaint appropriate for service of process. Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for defendants **MATTHEW CATE and MARTIN BITER**;
2. The Clerk of Court shall SEND Plaintiff two (2) USM-285's form, two (2) summons, a Notice of Submission of Documents form, an instruction sheet and one copy of the first amended complaint filed on March 23, 2015. (ECF No. 9);
3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:
    a. The completed summonses;
    b. A completed USM-285 form for defendant Cate and defendant Biter; and
    c. Three (3) copies of the endorsed first amended complaint filed March 23, 2015 (Doc. 9);
4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs;
5. <u>A failure to comply with this order may result in the dismissal of this action</u>; and
6. Since the Plaintiff has only stated cognizable claims against the defendant Cate and Biter named in the amended complaint as outlined above, the Clerk of the Court shall terminate all other defendants on the docket.

IT IS SO ORDERED.

Dated: **April 13, 2016**      /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE