# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILUS M. VALSON,<br><br>       Plaintiff,<br><br>  v.<br><br>MATTHEW CATE and MARTIN BITER,<br><br>       Defendants. | Case No. 1:14-cv-01420-DAD-EPG (PC)<br><br>ORDER FOLLOWING INITIAL SCHEDULING CONFERENCE |

     Silus Valson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On March 5, 2018, the Court held an Initial Scheduling Conference ("Conference"). Plaintiff telephonically appeared on his own behalf. Counsel Tyler Heath and Michelle Angus telephonically appeared on behalf of Defendants.

///
///
///
///
///
///
///
///
///

For the reasons stated on the record at the Conference, IT IS ORDERED that:

1. Plaintiff has until April 5, 2018, to serve Defendants with a supplement to his initial disclosures that includes the names and, if known, the addresses and telephone numbers, of additional individuals likely to have discoverable information, along with the subjects of the discoverable information.

IT IS SO ORDERED.

Dated: **March 6, 2018**

/s/ *Erin P. Grosj*
UNITED STATES MAGISTRATE JUDGE