UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILUS M. VALSON,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE and MARTIN BITER,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:14-cv-01420-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION |

　　The Court, having considered Defendants' request for a seven-day extension of time to file a response to Plaintiff's motion for injunctive relief, and good cause appearing:

　　IT IS HEREBY ORDERED that Defendants have until June 22, 2018, to file and serve a response to Plaintiff's motion for injunctive relief.

IT IS SO ORDERED.

　　Dated: __**June 14, 2018**__　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE