UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILUS M. VALSON,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW CATE and MARTIN BITER,<br><br>    Defendants. | Case No. 1:14-cv-01420-DAD-EPG (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS |

    The Court previously granted Plaintiff's motion for the issuance of a subpoena upon the United States Environmental Protection Agency. (ECF No. 49). Plaintiff has now completed and returned the subpoena and form USM-285.

    Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshals Service:

    a. One (1) completed and issued subpoena *duces tecum*;

    b. One (1) completed USM-285 form; and

    c. Two (2) copies of this order, one to accompany the subpoena and one for the United States Marshals Service.

2. The Clerk of Court is directed to attach a copy of the completed subpoena *duces*

*tecum* to this order.

3. Within TWENTY (20) DAYS from the date of this order, the United States Marshals Service SHALL effect personal service of the subpoena, along with a copy of this order, upon the entity named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

4. The United States Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.

5. Within TEN (10) DAYS after personal service is effected, the United States Marshals Service SHALL file the return of service.

IT IS SO ORDERED.

Dated: **September 4, 2018**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE