UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILUS M. VALSON,<br><br>                    Plaintiff,<br><br>          v.<br><br>MATTHEW CATE and MARTIN BITER,<br><br>                    Defendants. | No. 1: 14-cv-01420-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 45) |

Plaintiff Silus Valson ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 6, 2018, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a preliminary injunction be denied, as the motion is unrelated to the allegations pled in the complaint. (Doc. No. 45.) The magistrate judge recommended denial of the motion for preliminary injunction, without prejudice to plaintiff filing a separate action based on his claims of retaliation and the seeking injunctive relief in that case. (*Id.* at 5.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.*) To date, no objections have been filed, and the time for doing so has passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued by the magistrate judge on July 6, 2018 (Doc. No. 45) are adopted in full; and
2. Plaintiff's motion for injunctive relief is denied without prejudice to plaintiff filing a separate action based on his claims of retaliation and seeking injunctive relief in that case; and
3. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **October 5, 2018**

UNITED STATES DISTRICT JUDGE