UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILUS M. VALSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW CATE and MARTIN BITER,<br><br>　　　　Defendants. | Case No. 1:14-cv-01420-DAD-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR<br><br>ORDER FOR WARDEN OF CALIFORNIA MEN'S COLONY TO SHOW CAUSE WHY HE OR SHE SHOULD NOT BE SANCTIONED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON, THE WARDEN OF CALIFORNIA MEN'S COLONY, AND THE LITIGATION COORDINATOR AT CALIFORNIA MEN'S COLONY |

Silus Valson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 7, 2018, the Court issued a scheduling order in this case. (ECF No. 35). As part of the scheduling order, the Court set a telephonic discovery and status conference for October 15, 2018 at 1:30 p.m. (Id.). The order stated:

> A discovery and status conference is set for **October 15, 2018, at 1:30 p.m**. Parties have leave to appear by phone. To join the conference, each party is directed to call the toll-free number **(888) 251−2909** and use **Access Code 1024453.**

> . . .
>
> Plaintiff shall make arrangements with staff at his or her institution of confinement for his or her attendance at the discovery and status conference. Plaintiff's institution of confinement shall make Plaintiff available for the conference at the date and time indicated above. To the extent possible, prior to the conference defense counsel shall confirm with Plaintiff's institution of confinement that arrangements have been made for Plaintiff's attendance.

(Id. at 4-5).

The Court attempted to hold the conference on the date and time ordered. The undersigned Judge and her court staff were present. Defense Counsel Tyler Heath and Michelle Angus telephonically appeared on behalf of Defendants. However, Plaintiff failed to appear.

Mr. Heath stated that prior to the Conference he contacted Plaintiff's institution of confinement regarding Plaintiff's attendance at the Conference, and that Plaintiff's attendance was confirmed. He did not know the reason Plaintiff failed to appear.

After waiting approximately ten minutes, the Court had to continue the conference due to Plaintiff's failure to appear.

Accordingly, the Court will order Plaintiff to show cause why he should not be sanctioned for failing to appear at the conference.

The Court will also order the Warden of California Men's Colony to show cause why the Warden should not be sanctioned for failing to comply with the Court's order directing Plaintiff's institution of confinement to make Plaintiff available for the conference (ECF No. 35, p. 4).

Accordingly, IT IS ORDERED that:

1. Plaintiff shall show cause why sanctions should not issue for his failure to attend the conference. Plaintiff has until October 30, 2018, to file a written response explaining why he did not attend the conference;

2. The Warden of California Men's Colony shall show cause why sanctions should

not issue for the Warden's failure to comply with the Court's order directing Plaintiff's institution of confinement to make Plaintiff available for the conference. The Warden has until October 30, 2018, to file a written response explaining why he or she did not make Plaintiff available for the conference; and

3. The Clerk of Court is directed to serve a copy of this order on Supervising Deputy Attorney General Monica Anderson, the Warden of California Men's Colony, and the Litigation Coordinator at California Men's Colony.

IT IS SO ORDERED.

Dated: __October 16, 2018__    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE