UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILUS M. VALSON,<br><br>        Plaintiff,<br><br>   v.<br><br>MATTHEW CATE and MARTIN BITER,<br><br>        Defendants. | Case No. 1:14-cv-01420-DAD-EPG (PC)<br><br>ORDER FOLLOWING STATUS CONFERENCE<br><br>(ECF NO. 61) |

Silus Valson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

The Court held a telephonic discovery and status conference on October 31, 2018. Plaintiff appeared on behalf of himself and counsel Tyler Heath and Adriano Hrvatin appeared on behalf of Defendants.

For the reasons stated on the record at the conference, IT IS ORDERED that:

1. The order to show cause issued on October 16, 2018 (ECF No. 61), is DISCHARGED.
2. Defendants have until November 12, 2018, to file any supplement to their motion for judgment on the pleadings, including a supplement to their request for judicial notice.
3. Defendants have until November 19, 2018, to file a response to Plaintiff's requests for judicial notice (ECF Nos. 37; 38; 39, pgs. 29-33; & 41). Plaintiff has until

November 26, 2018, to file a reply.

4. Counsel Tyler Heath shall contact Plaintiff to meet and confer regarding whether a settlement conference would be beneficial, and if so, when it should be held. No later than November 19, 2018, Mr. Heath shall inform the Court via email (mrooney@caed.uscourts.gov) whether the parties want a settlement conference to be set, and if so, provide potential dates. Additionally, Mr. Heath shall mail a copy of the email to Plaintiff.

5. The deadline for Defendants to file an opposition to Plaintiff's motion for summary judgment and a cross-motion for summary judgment is January 18, 2019.

6. The deadline for Plaintiff to reply to Defendants' opposition to his motion for summary judgment and respond to Defendants' cross-motion for summary judgment is February 8, 2019.

7. The Telephonic Trial Confirmation Hearing is set for October 21, 2019, at 1:30 p.m., in Courtroom 5, before District Judge Dale A. Drozd. To participate telephonically, the parties must dial into the conference at 877-402-9757, using access code 6966236, at the time of the hearing. Counsel for Defendants is required to arrange for the participation of Plaintiff in the Telephonic Trial Confirmation Hearing. Because the Court may be hearing other matters using the same conference line, please wait to state your appearance until your case has been called and appearances are requested. Keep all background noise to a minimum.

8. The deadline for the parties to file motions for the attendance of incarcerated witnesses is August 21, 2019. Oppositions, if any, must be filed on or before September 20, 2019.

9. If Plaintiff wishes to have the Marshals Service serve any unincarcerated witnesses who refuse to testify voluntarily, Plaintiff must submit the money orders to the Court no later than September 20, 2019. In order to ensure timely submission of the money orders, Plaintiff must notify the Court of the names and locations of his witnesses no later than August 21, 2019.

10. Plaintiff shall file and serve a pretrial statement on or before August 21, 2019. Defendants shall file and serve a pretrial statement on or before September 20, 2019.
11. The Trial is set for December 17, 2019, at 1:00 p.m., in Courtroom 5, before District Judge Dale A. Drozd.
12. All other deadlines remain the same.

IT IS SO ORDERED.

Dated: **November 1, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE