IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SILUS MARDEL VALSON,**<br><br>Plaintiff,<br><br>v.<br><br>**J. CLARK KELSO, et al.,**<br><br>Defendants. | Case No. 1:14-cv-01420-DAD-EPG (PC)<br><br>**ORDER GRANTING MOTION TO MODIFY THE SCHEDULE RE: DISPOSITIVE MOTIONS**<br><br>(ECF No. 78) |

The Court, having considered Defendants' motion to modify the discovery and scheduling order (ECF No. 66), and good cause appearing:

**IT IS HEREBY ORDERED** that Defendants' opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment, if necessary, will not be due until thirty (30) days after the District Court rules on the Magistrate Judge's December 18, 2018 findings and recommendations (ECF No. 75) granting Defendants' motion for judgment on the pleadings and dismissing the case.
IT IS SO ORDERED.

Dated: **December 28, 2018**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE