# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILUS M. VALSON,<br><br>      Plaintiff,<br><br>      v.<br><br>MATTHEW CATE, et al.,<br><br>      Defendants. | Case No. 1:14-cv-01420-DAD-EPG (PC)<br><br>ORDER RE: CERTIFICATE OF RECORD<br><br>(ECF NO. 92) |

Silus Valson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff's case was dismissed (ECF Nos. 87 & 88), and Plaintiff appealed (ECF No. 89).

On March 14, 2019, Plaintiff filed a "Certificate of Record." (ECF No. 92). Plaintiff asks the Court "to forward all record [sic] of asset's [sic] to the 'Ninth Circuit Court of Appeals….'" (Id. at 1).

Plaintiff's request will be denied. Plaintiff has not explained why the Ninth Circuit Court of Appeals needs all the records in this case, and from this Court's review of the record, it appears that the Ninth Circuit does not. Plaintiff's case was dismissed because the Court granted Defendants' motion for judgment on the pleadings, and Plaintiff appealed only that dismissal. (See ECF No. 89)

\\\

\\\

1

Moreover, Plaintiff has not explained why he is unable to provide the relevant documents to the Ninth Circuit, and has cited no authority for the proposition that the Court must provide the documents for him.

Accordingly, IT IS ORDERED that Plaintiff's "Certificate of Record" is DENIED.

IT IS SO ORDERED.

Dated: **March 19, 2019**  /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE